Blake D. Miller (4090)
James W. Anderson (9829)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
e-mail: miller@millertoone.com
       anderson@millertoone.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**COTTONWOOD ESTATES DEVELOPMENT, LLC**<br><br>Debtor. | Bankruptcy Case No. 13-34298<br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>**(Filed Electronically)** |
|---|---|

### BALLOT REPORT

Cottonwood Estates Development, LLC, Debtor in this Chapter 11 case, has completed its plan solicitation process and has received the ballots described in this report. As is customary in the plan solicitation process, certain modifications to the plan have been made, and some ballots have been voted in favor of the plan based on incorporation of those modifications. The Debtor intends to file and pursue confirmation of the modified plan for the upcoming confirmation hearing. The Debtor asserts that none of the modifications are material such that a re-noticing would be required. This ballot report will first set forth the ballots received to the Debtor's Plan of Reorganization Dated May 27, 2014 currently on file (the "Plan"), and will then set forth the ballots received in anticipation of confirmation of the Debtor's Modified Plan of Reorganization, to be filed (the "Modified Plan"). All of the ballots are attached to this report.

**Ballots returned for the Debtor's Plan of Reorganization Dated May 27, 2014**

| Class | Holder | Amount Stated on Ballot by Creditor | Accept/Reject |
|---|---|---|---|
| 6 | Richard D. Burbidge | $92,061.04 | Accept |
| 6 | Bruce R. Baird, PC | $16,440.00 | Accept |
| 6 | Parr Brown Gee & Loveless, P.C. | $12,228.25 | Accept |
| 6 | Urban Design Group | $7,325.25 | Accept (received 7/1/14) |
| 6 | Hales Engineering | $5,000 | Accept (received 7/1/14) |
| 4 | America First Federal Credit Union | $21,053.911.48 | Reject |

In summary, Class 6 voted to accept the Plan by 100% of the votes cast. Classes 1 and 2 are non-voting classes. Class 5 did not submit any ballots or objections, and therefore is deemed to accept the Plan. The holder of the Class 5 Claim is an insider and it is expected the holder will vote in favor of the Plan and the Modified Plan. Class 4 voted to reject the Plan

**Ballots returned for the Debtor's Modified Plan of Reorganization**
(Italicized rows are new or modified ballots.)

| Class | Holder | Amount Stated on Ballot by Creditor | Accept/Reject |
|---|---|---|---|
| 3 | Salt Lake County Treasurer | $252,979.82 | Accept |

In summary, Class 3 voted to accept the Modified Plan.

WHEREFORE, the Debtor submits that the Plan as Modified is accepted by all creditors allowed to vote, except Class 4.

DATED this 3rd day of July 2014.

                MILLER TOONE, P.C.

                */s/ James W. Anderson*
                Blake D. Miller
                James W. Anderson

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class *six* claim against the Debtor in the unpaid amount of Ninety-two thousand, sixty one Dollars ($ 92,061.04 )

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: June 20, 2014

Print or type name: Richard D. Burbidge

Signature: _/s/ Richard D. Burbidge_

Title (if corporation or partnership) Partner

Address: 215 S. State St., #920

Salt Lake City, UT 84111

## **RETURN THIS BALLOT ON OR BEFORE JUNE 30, 2014 TO:**

James W. Anderson
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
anderson@millerguymon.com

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class *six* claim against the Debtor in the unpaid amount of _Sixteen Thousand four hundred forty_ Dollars ($ _16,440_ )

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _6/27/14_

Print or type name: _Bruce R. Baird, PC_

Signature: _[signature]_

Title (if corporation or partnership) _Manager_

Address: _2150 S. 1300 E #500_
_SLC UT 84106_

## RETURN THIS BALLOT ON OR BEFORE JUNE 30, 2014 TO:

James W. Anderson
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah  84111
Fax: 801-363-5601
anderson@millerguymon.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>COTTONWOOD ESTATES DEVELOPMENT, LLC<br><br>Debtor. | Bankruptcy Case No. 13-34298<br>Chapter 11<br><br>Judge R. Kimball Mosier<br><br>(Filed Electronically) |

## CLASS *SIX* BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED MAY 27, 2014

The Debtor, Cottonwood Estates Development, LLC, filed its Plan of Reorganization dated May 27, 2014 [docket # 65] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 66]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, James W. Anderson, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), anderson@millerguymon.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class *six* under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by James W. Anderson, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before June 30, 2014, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class *six* claim against the Debtor in the unpaid amount of _Twelve Thousand Two Hundred Twenty Eight 25/100_ Dollars ($ _12,228.25_ )

(Check one box only)

[✓] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _June 30, 2014_

Print or type name: _Parr Brown Gee & Loveless, P.C._

Signature: _[signature]_

Title (if corporation or partnership) _Vice President_

Address: _101 South 200 East, Suite 700_
_Salt Lake City, Utah 84111_

**RETURN THIS BALLOT ON OR BEFORE JUNE 30, 2014 TO:**

James W. Anderson
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
anderson@millerguymon.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**COTTONWOOD ESTATES DEVELOPMENT, LLC**<br><br>Debtor. | **Bankruptcy Case No. 13-34298**<br>**Chapter 11**<br><br>**Judge R. Kimball Mosier**<br><br>(Filed Electronically) |

## CLASS *SIX* BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION DATED MAY 27, 2014

The Debtor, Cottonwood Estates Development, LLC, filed its Plan of Reorganization dated May 27, 2014 [docket # 65] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 66]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, James W. Anderson, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), anderson@millerguymon.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class *six* under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by James W. Anderson, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before <u>June 30, 2014</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class *six* claim against the Debtor in the unpaid amount of SEVEN THOUSAND THREE HUNDRED TWENTY FIVE Dollars ($ 7,325 25 )

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: 6/30/2014

Print or type name: PAUL BRINGHURST

Signature: [signed]

Title (if corporation or partnership) PRESIDENT, URBAN DESIGN GROUP

Address: PO BOX 1415
WEST JORDAN, UT 84084

### RETURN THIS BALLOT ON OR BEFORE JUNE 30, 2014 TO:

James W. Anderson
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
anderson@millerguymon.com

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class *six* claim against the Debtor in the unpaid amount of _FIVE THOUSAND_ Dollars ($ _5,000_ )

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _6/30/14_

Print or type name: _Ryan R. Hales_

Signature: _Ry-R.Hales_

Title (if corporation or partnership) _Owner: Hales Engineering_

Address: _2364 N. 1450 E._

_Lehi, UT 84043_

## RETURN THIS BALLOT ON OR BEFORE JUNE 30, 2014 TO:

James W. Anderson
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
anderson@millerguymon.com

EXHIBIT "A"
FORM OF BALLOT

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>COTTONWOOD ESTATES DEVELOPMENT, LLC<br><br>Debtor. | Bankruptcy Case No. 13-34298<br>Chapter 11<br><br>Judge R. Kimball Mosier<br><br>(Filed Electronically) |
|---|---|

CLASS  4   BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION DATED MAY 27, 2014

The Debtor, Cottonwood Estates Development, LLC, filed its Plan of Reorganization dated May 27, 2014 [docket # 65] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 66]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, James W. Anderson, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), anderson@millerguymon.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class  4   under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by James W. Anderson, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before June 30, 2014, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

3

Case 13-34298    Doc 93    Filed 07/03/14    Entered 07/03/14 12:57:02    Desc Main
Document      Page 11 of 13

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __4__ claim against the Debtor in the unpaid amount of Twenty One Million Fifty Three Thousand Nine Hundred Eleven and 48/100 Dollars ($21,053,911.48)

(Check one box only)

[ ] ACCEPTS THE PLAN

[x] REJECTS THE PLAN

Dated: June 27, 2014

Print or type name: Shari Cheney

Signature: *(signed)* Shari Cheney

Title (if corporation or partnership) Manager - America First Federal Credit Union

Address: 4646 S. 1500 W., Suite 130

Riverdale, UT 84405

## RETURN THIS BALLOT ON OR BEFORE JUNE 30, 2014 TO:

James W. Anderson
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
anderson@millerguymon.com

4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**COTTONWOOD ESTATES DEVELOPMENT, LLC**<br><br>Debtor. | **Bankruptcy Case No. 13-34298**<br>**Chapter 11**<br><br>**Judge R. Kimball Mosier**<br><br>(Filed Electronically) |

**CLASS *THREE* BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION DATED MAY 27, 2014**

The Debtor, Cottonwood Estates Development, LLC, filed its Plan of Reorganization dated May 27, 2014 [docket # 65] (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement") [docket # 66]. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, James W. Anderson, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, (801) 363-5600 (telephone), (801) 363-5601 (facsimile), anderson@millerguymon.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class *three* under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by James W. Anderson, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, on or before June 30, 2014, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. However, if no vote is cast in a particular Class, said Class will be deemed to have accepted the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class *three* claim against the Debtor in the unpaid amount of Two Hundred Fifty-Two Thousand, Nine Hundred Seventy-Nine and 82/100 Dollars ($ 252,979.82)

(Check one box only)

[X] ACCEPTS THE PLAN  *Contingent on amending the plan to include the language in the attached email.*

[ ] REJECTS THE PLAN

Dated: June 25, 2014

Print or type name: Bradley C. Johnson, representative of Salt Lake County Treasurer

Signature: /s/ Bradley C. Johnson

Title (if corporation or partnership): _____

Address: 2001 S. State St., S3600
SLC, Utah 84190

## RETURN THIS BALLOT ON OR BEFORE JUNE 30, 2014 TO:

James W. Anderson
Miller Toone, P.C.
165 South Regent Street
Salt Lake City, Utah 84111
Fax: 801-363-5601
anderson@millerguymon.com