**DEBTOR:** Cottonwood Estates Development, LLC

**MONTHLY OPERATING REPORT**
CHAPTER 11

**CASE NUMBER:** 13-34298

## Form 2-A
## COVER SHEET

For Period Ending  June 30, 2014

**Accounting Method:** ☐ Accrual Basis   ☒ Cash Basis

*THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** _____

**Print Name** Michael Christensen

**Signature:** *Michael Christen* (signature)

**Title:** Manager

Rev. 11/04/2008

**DEBTOR:** Cottonwood Estates Development, LLC     **CASE NO:** 13-34298

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 6/1/2014 to 6/30/2014

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---:|---:|
| 1. Beginning Cash Balance | $ 127.31 (1) | $ 113.60 (1) |
| 2. Cash Receipts | | |
|    Operations | 0 | 0 |
|    Sale of Assets | 0 | 0 |
|    Loans/advances | 0.00 | 4,300.00 |
|    Other | 0.00 | -22.25 |
|    Total Cash Receipts | $ 0.00 | $ 4,277.75 |
| 3. Cash Disbursements | | |
|    Operations | 0.00 | 0.00 |
|    Debt Service/Secured loan payment | 0.00 | 0.00 |
|    Professional fees/U.S. Trustee fees | 0.00 | 3,994.32 |
|    Other    Utilities | 0.00 | 233.72 |
|              Bank Service Fees | 12.00 | 48.00 |
|    Total Cash Disbursements | $ 12.00 | $ 4,276.04 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | -12 | 1.71 |
| 5. Ending Cash Balance (to Form 2-C) | $ 115.31 (2) | $ 115.31 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---:|
| Petty Cash | | $ 0 |
| DIP Operating Account | Chase | 115.31 |
| DIP State Tax Account | | 0 |
| DIP Payroll Account | | 0 |
| Other Operating Account | | 0 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 115.31 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
    Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 11/04/2008

**DEBTOR:** Cottonwood Estates Development, LLC          **CASE NO:** 13-34298

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 6/1/2014 to 6/30/2014

**CASH RECEIPTS DETAIL**          **Account No:** 911441970
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |

Total Cash Receipts $ __$0.00__ (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 11/04/2008

**DEBTOR:** Cottonwood Estates Development, LLC               **CASE NO:** 13-34298

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 6/1/2014 to 6/31/2014

**CASH DISBURSEMENTS DETAIL**    **Account No:** 911441970
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| 6/30/2014 | | Chase Bank | Bank Charge | 12.00 |

Total Cash Disbursements    $ 12.00 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 11/04/2008

| DEBTOR: | Cottonwood Estates Development, LLC | CASE NO: | 13-34298 |
|---|---|---|---|

Form 2-C
## COMPARATIVE BALANCE SHEET
**For Period Ended:** June 30, 2014

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ 115.31 | $ 13.6 |
| Accounts Receivable (from Form 2-E) | 0 | 0 |
| Receivable from Officers, Employees, Affiliates | 0 | 0 |
| Inventory | 0 | 0 |
| Other Current Assets :(List) | 0 | 0 |
| | 0 | 0 |
| Total Current Assets | $ 115.31 | $ 13.6 |
| Fixed Assets: | | |
| Land | $ 20000000 | $ 20000000 |
| Building | 0 | 0 |
| Equipment, Furniture and Fixtures | 0 | 0 |
| Total Fixed Assets | 20000000 | 20000000 |
| Less: Accumulated Depreciation | ( 0 ) | ( 0 ) |
| Net Fixed Assets | $ 20000000 | $ 20000000 |
| Other Assets (List): | 0 | 0 |
| | 0 | 0 |
| **TOTAL ASSETS** | $ 20000115.31 | $ 20000013.6 |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ 0 | $ 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | 0 | 0 |
| Post-petition Taxes Payable (from Form 2-E) | 0 | 0 |
| Post-petition Notes Payable | 0 | 0 |
| Other Post-petition Payable(List): | 0 | 0 |
| | 0 | 0 |
| Total Post Petition Liabilities | $ 0 | $ 0 |
| Pre Petition Liabilities: | | |
| Secured Debt | 14,347,005 | 14,347,005 |
| Priority Debt | 0 | 0 |
| Unsecured Debt | 272341.46 | 272341.46 |
| Total Pre Petition Liabilities | $ 14619346.46 | $ 14619346.46 |
| **TOTAL LIABILITIES** | $ 14619346.46 | $ 14619346.46 |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ 5380768.85 | $ 5380667.14 |
| Retained Earnings - Prepetition | 0 | 0 |
| Retained Earnings - Post-petition | 0 | 0 |
| **TOTAL OWNERS' EQUITY** | $ 5380768.85 | $ 5380667.14 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 20000115.31 | $ 20000013.6 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 11/04/2008

**DEBTOR:** Cottonwood Estates Development, LLC  **CASE NO:** 13-34298

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period  6/1/2014 to  6/30/2014

| | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ 0 | $ 0 |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( 0 ) |
| **Net Operating Revenue** | $ 0 | $ 0 |
| Cost of Goods Sold | 0 | 0 |
| **Gross Profit** | $ 0 | $ 0 |
| Operating Expenses | | |
| Officer Compensation | $ 0 | $ 0 |
| Selling, General and Administrative | 0 | 0 |
| Rents and Leases | 0 | 0 |
| Depreciation, Depletion and Amortization | 0 | 0 |
| Other (list): | 0 | 0 |
|  | 0 | 0 |
| **Total Operating Expenses** | $ 0 | $ 0 |
| **Operating Income (Loss)** | $ 0 | $ 0 |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ 0 | $ 0 |
| Gains (Losses) on Sale of Assets | 0 | 0 |
| Interest Income | 0 | 0 |
| Interest Expense | 0 | 0 |
| Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ 0 | $ 0 |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ 0 | $ 3994.32 |
| Other Reorganization Expense | 12 | 269.72 |
| Total Reorganization Expenses | $ 12 | $ 4264.04 |
| **Net Income (Loss) Before Income Taxes** | $ -12 | $ -4264.04 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ -12 | $ -4264.04 |

(1) Accumulated Totals Include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 11/04/2008

**DEBTOR:** Cottonwood Estates Development, LLC         **CASE NO:** 13-34298

## Form 2-E
## SUPPORTING SCHEDULES
**For Period:** 6/1/2014 to 6/31/2014

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $ 0 | $ 0 | 0 | | $ | 0 |
| State | 0 | 0 | 0 | | | 0 |
| FICA Tax Withheld | 0 | 0 | 0 | | | 0 |
| Employer's FICA Tax | 0 | 0 | 0 | | | 0 |
| Unemployment Tax | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Sales, Use & Excise Taxes | 0 | 0 | 0 | | | 0 |
| Property Taxes | 0 | 0 | 0 | | | 0 |
| Accrued Income Tax: | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Other: _____ | 0 | 0 | 0 | | | 0 |
| TOTALS | $ 0 | $ 0 | $ 0 | | $ | 0 |

(1) *For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | | $ | | $ |
| Vehicle | | $ | | $ |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 11/04/2008

**DEBTOR:** Cottonwood Estates Development, LLC  **CASE NO:** 13-34298

## Form 2-E
## SUPPORTING SCHEDULES
For Period 6/1/2014 to 6/31/2014

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 0.00 | $ 0.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $ 0.00 | |
| Less: Bad Debt Reserve | 0.00 | |
| Net Accounts Receivable (to Form 2-C) | $ 0.00 | |
| Total Post Petition Accounts Payable | | $ 0.00 |

* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ 0 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: _____ | 0 | 0 | 0 | | 0 |
| Total | $ 0 | $ 0 | $ 0 | | $ 0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 11/04/2008

| DEBTOR: | Cottonwood Estates Development, LLC | | CASE NO: | 13-34298 |

**Form 2-F**
**QUARTERLY FEE SUMMARY ***
For the Month Ended: June 30, 2014

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ 0 | | | |
| February | | 0 | | | |
| March | 2014 | 3915.03 | | | |
| TOTAL 1st Quarter | $ | 3915.03 $ | 325 | 5 | 3/14/2014 |
| April | 2014 | $ 337 | | | |
| May | 2014 | 12 | | | |
| June | 2014 | 12 | | | |
| TOTAL 2nd Quarter | $ | 361 $ | 325 | 6.00 | 7/14/2014 |
| July | | $ 0 | | | |
| August | | 0 | | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | $ | 0 $ | | | |
| October | | $ 0 | | | |
| November | | 0 | | | |
| December | | 0 | | | |
| TOTAL 4th Quarter | $ | 0 $ | | | |

**FEE SCHEDULE (as of JANUARY 1, 2008)**
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999................. | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

**  Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 1 of 1
Rev. 11/04/2008

**DEBTOR:** Cottonwood Estates Development, LLC        **CASE NO:** 13-34298

Form 2-G
**NARRATIVE**

For Period Ending June 30, 2014                                June 30, 2014

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

The Debtor completed the Plan solicitation process and participated in hearings regarding scheduling the confirmation hearing. The Debtor engaged in discovery with AFCU, providing documents and conducting a 30(b)(6) examination.

## Cottonwood Estates Development, LLC
### Statement of Assets, Liabilities, and Equity - Income Tax Basis

|  | Jun 30, 14 |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Checking/Savings | |
|       Chase | 115.31 |
|     Total Checking/Savings | 115.31 |
|   Total Current Assets | 115.31 |
| **TOTAL ASSETS** | 115.31 |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Other Current Liabilities | |
|         Skyline Ventures Loan | 4,300.00 |
|       Total Other Current Liabilities | 4,300.00 |
|     Total Current Liabilities | 4,300.00 |
|   Total Liabilities | 4,300.00 |
|   Equity | |
|     Opening Balance Equity | 91.34 |
|     Net Income | -4,276.03 |
|   Total Equity | -4,184.69 |
| **TOTAL LIABILITIES & EQUITY** | 115.31 |

**Cottonwood Estates Development, LLC**
**Statement of Assets, Liabilities, and**
**Equity - Income Tax Basis**

|  | Jan - Jun 14 |
|---|---|
| **Ordinary Income/Expense** | |
|   Expense | |
|     Bank Service Charges | 47.99 |
|     Insurance Expense | 2,214.32 |
|     Professional Fees | 480.00 |
|     US Trustee Payments | 1,300.00 |
|     Utilities | 233.72 |
|   Total Expense | 4,276.03 |
| Net Ordinary Income | -4,276.03 |
| Net Income | -4,276.03 |

**Cottonwood Estates Development, LLC**
**Statement of Assets, Liabilities, and**
**Equity - Income Tax Basis**

|  | Jun 14 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Bank Service Charges | 12.00 |
| **Total Expense** | 12.00 |
| **Net Ordinary Income** | -12.00 |
| **Net Income** | -12.00 |

**CHASE**  
JPMorgan Chase Bank, N.A.  
P O Box 659754  
San Antonio, TX 78265-9754  

May 31, 2014 through June 30, 2014  
Account Number: 0000000■■■1970  



00008493 1 AV 0.381

00008493 DRE 602 141 18214 NNNNNNNNYNN T 1 000000000 60 0000 T2172472 P66598  
COTTONWOOD ESTATES DEVELOPMENT, LLC  
DEBTOR IN POSSESSION  
CASE #13-34298  
4198 E PROSPECTOR DR  
SALT LAKE CITY UT 84121-4617  

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY
Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $127.31 |
| Fees and Other Withdrawals | 1 | -12.00 |
| Ending Balance | 1 | $115.31 |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/30 | Service Fee | $12.00 |
| **Total Fees & Other Withdrawals** | | **$12.00** |

You were charged a monthly service fee of $12.00 this period. You can avoid this fee in the future by maintaining a monthly minimum balance of $1,500.00. Your monthly minimum balance was $127.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/30 | $115.31 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **0** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$12.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |

Page 1 of 4

10:18 AM
07/11/14

# Cottonwood Estates Development, LLC
## Reconciliation Summary
### Chase, Period Ending 06/30/2014

|  | Jun 30, 14 |
|---|---|
| Beginning Balance | 127.31 |
| Cleared Transactions |  |
|     Checks and Payments - 1 item | -12.00 |
|   Total Cleared Transactions | -12.00 |
| Cleared Balance | 115.31 |
| Register Balance as of 06/30/2014 | 115.31 |
| Ending Balance | 115.31 |

10:18 AM
07/11/14

# Cottonwood Estates Development, LLC
## Reconciliation Detail
### Chase, Period Ending 06/30/2014

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 127.31 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 1 item** | | | | | | |
| Check | 6/30/2014 | | | X | -12.00 | -12.00 |
|     Total Checks and Payments | | | | | -12.00 | -12.00 |
|   Total Cleared Transactions | | | | | -12.00 | -12.00 |
| **Cleared Balance** | | | | | -12.00 | 115.31 |
| **Register Balance as of 06/30/2014** | | | | | -12.00 | 115.31 |
| **Ending Balance** | | | | | -12.00 | 115.31 |