James W. Anderson (9829)
**CLYDE SNOW & SESSIONS**
One Utah Center, Thirteenth Floor
201 South Main Street
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
E-mail: jwa@clydesnow.com

---

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**COTTONWOOD ESTATES DEVELOPMENT, LLC**<br><br>**Debtor.** | **Bankruptcy Case No. 13-34298 Chapter 11**<br><br>**Judge R. Kimball Mosier**<br><br>**(Filed Electronically)** |

---

## FIRST AND FINAL APPLICATION OF CLYDE SNOW & SESSIONS, CO-COUNSEL FOR THE DEBTOR, FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

---

CLYDE SNOW & SESSIONS ("Applicant"), as co-counsel to the Debtor, Cottonwood

Estates Development, LLC ("Cottonwood" or "Debtor") presents its first and final application

for the allowance and payment of compensation and reimbursement of expenses (the

"Application").  By the Application, Applicant seeks final approval and allowance of

compensation in the amount of $4,838.00, for the period commencing July 22, 2014 through and

including August 5, 2014.  Copies of invoices showing the timekeeper, work performed, and

amount billed during this period are attached hereto as Exhibit "A".  In support of this

Application, Applicant respectfully states as follows:

{00656440-1 }

1.      **Case Background.**

On December 30, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  By order entered August 4, 2014, the Court confirmed the Debtor's Plan of Reorganization dated July 28, 2014 (the "Plan").  The Plan is now effective, and the Debtor is operating under it.

2.      **Retention of Clyde Snow & Sessions.**

By order entered July 29, 2014 [Docket # 124], the Court approved employment of Applicant as co-counsel for the Debtor.  Applicant agreed to receive compensation based on customary hourly rates charged to non-bankruptcy clients.  The following constitutes the hourly rates charged to the Debtor for each professional performing service on behalf of the Debtor during the time period covered by this Application.

| Professional | Rate |
|---|---|
| James W. Anderson | $295.00 |

3.      **Project Narrative Description.**

a.      **Plan and Disclosure Statement.**

This category involves services related to the preparation, negotiation, drafting, revisions, prosecution and consummation of the Debtor's Plan and Disclosure Statement, including responding to objections to the plan, preparing for and participating in the hearing on confirmation, and submitting orders of confirmation.

| INITIAL | PROFESSIONAL | RATE | HOURS | VALUE |
|---------|-------------|------|-------|-------|
| JWA | James W. Anderson | $295.00 | 16.40 | $4,838.00 |
| | | | | |
| TOTALS | | | 16.40 | $4,838.00 |

4. **Summary.**

The total compensation for services rendered by Applicant to the Debtor is as set forth below.

| ATTORNEY | RATE | HOURS | AMOUNT |
|----------|------|-------|--------|
| James W. Anderson | $295.00 | 16.40 | $4,838.00 |
| | | | |
| TOTALS | | **16.40** | **$4,838.00** |

5. **Summary Required by US Trustee Guidelines.**

Fees & Expenses Previously Requested:     $0

Fees & Expenses Previously Awarded:     $0

**NAME OF APPLICANT:**

Clyde Snow & Sessions

**ROLE IN CASE**:

Co-Counsel to the Debtor

**CURRENT APPLICATION:**
Fees Requested:     $   4,838.00
Expenses Requested:  $        0.00

| NAME OF PROFESSIONAL/ PARAPROFESSIONAL | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| James W. Anderson | 2003 | 16.4 | $295.00 | $4,838.00 |
| **TOTAL FOR PROFESSIONALS:** | | **16.4** | | **$4,838.00** |

| | | | | |
|---|---|---|---|---|
| **Blended Hourly Rate Of Professionals:** | | | <u>**$295.00**</u> | |
| | | | | |
| <u>**PARAPROFESSIONAL**</u> | | | | |
| | | | | |
| **TOTAL FOR PARALEGALS:** | | | | |
| | | | | |
| **GRAND TOTAL:** | | 16.4 | | **$4,838.00** |
| **Blended Hourly Rate of All Billers:** | | | <u>**$295.00**</u> | |

6.      Certification.

This Application has been reviewed and approved by the Debtor.

WHEREFORE, Applicant requests an award of $4,838.00 for compensation of

professional services rendered to be authorized as an administrative expense.

Dated this 29th day of September, 2014.

**CLYDE SNOW & SESSIONS**

<u>/s/ James W. Anderson</u>
James W. Anderson

Attorneys for the Debtor

**EXHIBIT "A"**
**INVOICES**

321078     Cottonwood Estates Development, LLC                                    -08/05/2014

001000     Chapter 11 Bankruptcy                                    Time & Rate: Original Value

4198 Prospector Drive
Salt Lake City, UT 84121

## Fees

| Date | ID | Description | Time | Hrly Rate | Orig Amount | Bill Amount |
|------|-----|-------------|------|-----------|-------------|-------------|
| 7/22/2014 | JWA | Email correspondence regarding plan issues (.2); draft expert report of P. Benson and forward the same. | 2.50 | $295 | $737.50 | $737.50 |
| 7/25/2014 | JWA | 8.3 hrs; Correspondence with B. Miller, M. Christensen, and opposing counsel regarding plan modifications, hearing, deal with AFCU and Bodell, and strategy to proceed (1.6); draft application to employ and supporting affidavit, and file the same (1.3); review plan modifications (.5); review objection to plan filed by Bodell (.5); research, draft, file and serve objection to Bodell Claim (1.7); draft declaration of T. Diehl in support of plan confirmation and findings of fact, conclusions of law, and confirmation order (2.7). | 8.30 | $295 | $2,448.50 | $2,448.50 |
| 7/28/2014 | JWA | Finalize and circulate draft orders for confirmation (.8); prepare for and participate in plan confirmation and follow-up discussions (2.6); revise plan and orders and file the same according to court's instructions (1.9). | 5.30 | $295 | $1,563.50 | $1,563.50 |
| | | **Total Fees: 07/2014** | **16.10** | | **$4,749.50** | **$4,749.50** |
| 8/5/2014 | JWA | Review and forward confirmation orders to T. Diehl. | 0.30 | $295 | $88.50 | $88.50 |
| | | **Total Fees: 08/2014** | **0.30** | | **$88.50** | **$88.50** |
| | | **Total Fees:** | **16.40** | | **$4,838.00** | **$4,838.00** |