James W. Anderson (9829)
**CLYDE SNOW & SESSIONS**
One Utah Center, Thirteenth Floor
201 South Main Street
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
E-mail: jwa@clydesnow.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>**COTTONWOOD ESTATES DEVELOPMENT, LLC**<br><br>**Debtor.** | **Bankruptcy Case No. 13-34298**<br>**Chapter 11**<br><br>**Judge R. Kimball Mosier**<br><br>**(Filed Electronically)** |

### SECOND AND FINAL APPLICATION OF J. PHILIP COOK, LLC AS APPAISER FOR THE DEBTOR, FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

J. PHILIP COOK, LLC ("Applicant"), as appraiser to the Debtor, Cottonwood Estates Development, LLC ("Cottonwood" or "Debtor") presents its second and final application for the allowance and payment of compensation and reimbursement of expenses (the "Application"). By the Application, Applicant seeks interim and final approval and allowance of compensation in the amount of $1,062.50, for the period commencing April 17, 2014 through and including April 24, 2014, and final approval of the previously allowed compensation in the amount of $6,500, for a total approval of $7,562.50. Copies of invoices showing the timekeeper, work

{00658728-1 }

performed, and amount billed during this period are attached hereto as Exhibit "A". In support of this Application, Applicant respectfully states as follows:

1. **Case Background.**

On December 30, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. By order entered August 4, 2014, the Court confirmed the Debtor's Plan of Reorganization dated July 28, 2014 (the "Plan"). The Plan is now effective, and the Debtor is operating under it.

2. **Retention of Applicant.**

By order entered July 8, 2014 [Docket # 102], the Court approved employment of Applicant as appraiser for the Debtor, including the initial fees of $6,500.00 for delivery of the appraisal for Debtor's real property. Applicant agreed to receive compensation based on customary hourly rates charged to non-bankruptcy clients for all other fees. The following constitutes the hourly rates charged to the Debtor for each professional performing service on behalf of the Debtor during the time period covered by this Application.

| Professional | Rate |
|---|---|
| J. Philip Cook | $425.00 |

3. **Project Narrative Description.**

Applicant provided the appraisal of the Debtor's real property, which was used by the Debtor as part of the case, including the confirmation process of the Debtor's plan of reorganization. This work was performed for a flat fee of $6,500.00. In addition, applicant provided additional services on an hourly basis to assist Debtor in its

{00658728-1}    2

reorganization process, including attendance at hearing and discussions with counsel.

The following table shows the fees charged for these services

| INITIAL | PROFESSIONAL | RATE | HOURS | VALUE |
|---|---|---|---|---|
|  | J. Philip Cook | $425.00 | 2.5 | $1062.50 |
|  |  |  |  |  |
|  | TOTALS |  | 2.5 | $1,062.50 |

**4.    Summary.**

The total compensation for services rendered by Applicant to the Debtor is as set forth below.

| ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| J. Philip Cook | $425.00 | 2.5 | $1,062.50 |
|  |  |  |  |
| TOTALS |  | **2.5** | **$1,062.50** |

**5.    Summary Required by US Trustee Guidelines.**

Fees & Expenses Previously Requested:    $6,500.00    **NAME OF APPLICANT:**

Fees & Expenses Previously Awarded:    $6,500.00    J. Philip Cook, LLC

**ROLE IN CASE**:

Appraiser for the Debtor

**CURRENT APPLICATION:**
Fees Requested:    $  1,062.50
Expenses Requested:  $         0.00

**6.    Certification.**

This Application has been reviewed and approved by the Debtor.

WHEREFORE, Applicant requests interim and final approval of $1,062.50, as well as final approval of the previously approved $6,500.00, for compensation of professional services rendered to be authorized as an administrative expense.

Dated this 3rd day of October, 2014.

**CLYDE SNOW & SESSIONS**

/s/ James W. Anderson
James W. Anderson

Attorneys for the Debtor

**EXHIBIT "A"**
**INVOICES**

**J Philip Cook, LLC**
201 South Main Street, Suite 425
Salt Lake City, UT 84111-2238
Phone: 801 321 0067



**Miller Guymon**
James Anderson
165 Regent Street
Salt Lake City, UT 84111

# Invoice 22240

| Date | Apr 14, 2014 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Apr 14, 2014 |

RE: Tavaci

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 04/14/2014 | Richard Sloan | **Appraisal:** tavci-12540<br>Cottonwood Estates/Tavaci Bankruptcy/Market Valuation of Lots Only | Flat Fee | $ 6,500.00 | $ 6,500.00 |

| | |
|---|---|
| **Total Labor** | $ 6,500.00 |
| **Total Invoice Amount** | $ 6,500.00 |
| **Previous Balance** | **$ 0.00** |
| **Balance (Amount Due)** | **$ 6,500.00** |

Please remit to:
J Philip Cook, LLC
ATTN: Janet Wooten
201 South Main Street, Suite 425
Salt Lake City, UT 84111-2238
Tax ID #27-5109487

**J Philip Cook, LLC**
7090 S Union Park Avenue, Suite 425
Salt Lake City, UT 84047
Phone: 801 321 0067



**Miller Guymon**
James Anderson
165 Regent Street
Salt Lake City, UT 84111

### Invoice 22289

| Date | May 13, 2014 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Apr 30, 2014 |

RE: Tavaci

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 04/17/2014 | Phil Cook | **Testimony:** Preparation for and attendance at hearing. | 2.00 | $ 425.00/hr | $ 850.00 |
| 04/24/2014 | Phil Cook | **Consulting:** Discussion of case issues with Blake Miller. | 0.50 | $ 425.00/hr | $ 212.50 |

|  |  |
|---|---|
| **Total Hours** | 2.50 hrs |
| **Total Labor** | $ 1,062.50 |
| **Total Invoice Amount** | $ 1,062.50 |
| **Previous Balance** | **$ 6,500.00** |
| **Balance (Amount Due)** | **$ 7,562.50** |

Please remit to:
J Philip Cook, LLC
ATTN: Janet Wooten
7090 S Union Park Avenue, Suite 425
Salt Lake City, UT 84047
Tax ID #27-5109487