**The below described is SIGNED.**

 

**Dated: January 6, 2015**

                                  **R. KIMBALL MOSIER**
                                  **U.S. Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**COTTONWOOD ESTATES DEVELOPMENT, LLC**<br><br>Debtor. | **Bankruptcy Case No. 13-34298**<br>**Chapter 11**<br><br>**Judge R. Kimball Mosier**<br><br>**(Filed Electronically)** |
|---|---|

### ORDER GRANTING FIRST AND FINAL APPLICATION OF CLYDE SNOW & SESSIONS, CO-COUNSEL FOR THE DEBTOR, FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Court, having considered the First and Final Application of Clyde Snow & Sessions, Co-Counsel for the Debtor, for the Allowance and Payment of Compensation and Reimbursement of Expenses [Docket # 131] (the "Application"), there being no objections filed as certified by the filing of Debtor's counsel, adequate notice having been given, and good cause appearing therefore, hereby ORDERS as follows:

1.     The Application is granted.

2.     The fees incurred by Clyde Snow & Sessions in the amount of $4,838.00 are allowed and approved on an interim and final basis.

3.     These fees and expenses shall be granted administrative expense priority pursuant

{00694016-1 }

to 11 U.S.C. §§ 503 and 507, and shall be paid by the Debtor upon entry of this Order, unless otherwise agreed upon between the Debtor and Applicant.

------------------------- END OF ORDER -------------------------

## DESIGNATION OF PARTIES TO BE SERVED

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- James W. Anderson    jwa@clydesnow.com, aperdue@clydesnow.com
- Steven D. Burt    burts@ballardspahr.com, swand@ballardspahr.com;saltlakedocketclerk@ballardspahr.com
- Mark R. Gaylord    gaylord@ballardspahr.com, goodalem@ballardspahr.com;saltlakedocketclerk@ballardspahr.com
- Tyler M. Hawkins    hawkinst@ballardspahr.com, saltlakedocketclerk@ballardspahr.com;brownld@ballardspahr.com
- Bradley C. Johnson    bcjohnson@slco.org, RMcDonough@slco.org;bwhitehead@slco.org
- Michael R. Johnson    mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
- David H. Leigh    dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- James E. Magleby    magleby@mgpclaw.com, washenko@mgpclaw.com;wayment@mgpclaw.com;gibson@mgpclaw.com
- Blake D. Miller    miller@millertoone.com, millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Robert S. Prince    rprince@kmclaw.com, squilter@kmclaw.com
- Eric K. Schnibbe    schnibbe@mgpclaw.com, washenko@mgpclaw.com;gwayment@mgpclaw.com;gibson@mgpclaw.com
- Jeffrey Weston Shields    jshields@joneswaldo.com, lgonzales@joneswaldo.com;docket_slc@swlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

None.

*/s/ James W. Anderson*
James W. Anderson